IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Taylor, Delores

Printed: 5/20/08

Case Number: 07 B 02926
Judge: Squires, John H
Filed: 2/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 550.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 550.00 |
| Totals: | 550.00 | 550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cit Group/Consumer Finance/Mortgage | Secured | 0.00 | 0.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 28,677.98 | 0.00 |
| 3. | American General Finance | Unsecured | 274.65 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 576.15 | 0.00 |
| 5. | Bank Of America | Unsecured | 325.91 | 0.00 |
| 6. | Nissan Motor Acceptance Corporation | Unsecured | 0.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 706.41 | 0.00 |
| 8. | American Express Centurion | Unsecured | 133.84 | 0.00 |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | Bank Of America | Unsecured |  | No Claim Filed |
| 11. | Amex | Unsecured |  | No Claim Filed |
| 12. | Bank Of America | Unsecured |  | No Claim Filed |
| 13. | Bank Of America | Unsecured |  | No Claim Filed |
| 14. | Amex | Unsecured |  | No Claim Filed |
| 15. | Beneficial Financial | Unsecured |  | No Claim Filed |
| 16. | Beneficial Financial | Unsecured |  | No Claim Filed |
| 17. | Best Buy | Unsecured |  | No Claim Filed |
| 18. | Chase | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Union Plus | Unsecured |  | No Claim Filed |
| 21. | Chase | Unsecured |  | No Claim Filed |
| 22. | Citi Cards | Unsecured |  | No Claim Filed |
| 23. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 24. | Citibank | Unsecured |  | No Claim Filed |
| 25. | GEMB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Taylor, Delores | Case Number: 07 B 02926 |
|---|---|
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 2/20/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 27. | HSBC | Unsecured | | No Claim Filed |
| 28. | Gasoline Card Center | Unsecured | | No Claim Filed |
| 29. | Card Member Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 30,694.94 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

